Kelly D. FULLMAN, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 144, 2015

Supreme Court of Delaware.

Submitted: July 16, 2015
Decided: September 8, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID 1402006667

AFFIRMED.